AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Godfrey Tandoh

**WARRANT FOR ARREST**

CASE NUMBER: 04mj685

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Godfrey Tandoh_
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to possess with intent to distribute cocaine and marijuana, within 1000 feet of a school

in violation of
Title _21;18_ United States Code, Section(s) _841(a)(1); 846; 860;922(g);924(c)_

KENNETH P. NEIMAN
Name of Issuing Officer

MAGISTRATE JUDGE
Title of Issuing Officer

_Signature of Issuing Officer_

December 15, 2004  Springfield, MA
Date and Location

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Hampden County Correctional Center, Ludlow MA

| DATE RECEIVED 12-15-04 | NAME AND TITLE OF ARRESTING OFFICER JAMES MARTIN Special Agent, ATF | SIGNATURE OF ARRESTING OFFICER _signed_ c/o JAMES MARTIN ATF |
|---|---|---|
| DATE OF ARREST 1-7-05 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Godfrey K. Tandoh, Jr.

ALIAS: Gregory Johnson, Gee Tandoh

LAST KNOWN RESIDENCE: 91 Braddock Street, Springfield, MA

LAST KNOWN EMPLOYMENT: 

PLACE OF BIRTH: Springfield, MA

DATE OF BIRTH (4 digit year): 00-00-1982

SOCIAL SECURITY NUMBER (last 4 digits only): 

HEIGHT: 5'10"                              WEIGHT: 180

SEX: Male                                  RACE: Black

HAIR: Black                                EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: SC R arm (burn mark forearm), SC L arm ("DSP" Bullet) SC Abdomen (large vertical scar). Tatoo L shoulder (bible w/May Glaze), Tatoo LF arm (Dazir with wings), Tatoo RF Arm, two gravestones, Tatoo RF arm (pook bear back)

FBI NUMBER: 665779 NB3

COMPLETE DESCRIPTION OF AUTO: 

INVESTIGATIVE AGENCY AND ADDRESS: